1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  CAPITOL RECORDS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; UMG
8  RECORDINGS, INC.; and ELEKTRA
   ENTERTAINMENT GROUP INC.
9

**EDL**

10                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11
12                  **C 07 3089**

13 | WARNER BROS. RECORDS INC., a Delaware | CASE NO.
14 | corporation; CAPITOL RECORDS, INC., a
   | Delaware corporation; SONY BMG MUSIC    | **CERTIFICATION OF INTERESTED**
15 | ENTERTAINMENT, a Delaware general       | **ENTITIES OR PERSONS**
   | partnership; UMG RECORDINGS, INC., a
16 | Delaware corporation; and ELEKTRA
17 | ENTERTAINMENT GROUP INC., a Delaware
   | corporation,
18 |         Plaintiffs,
19 |    v.
20
21 | JOHN DOE,
   |         Defendant.
22

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   The following companies are parents of, or partners in Plaintiff WARNER BROS.
7   RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
8   Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
9   publicly traded in the U.S.

10  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
11  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
12  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
13  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
14  company. EMI Group plc. is publicly traded in the U.K.

15  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
19  Corporation is publicly traded in the U.S.

20  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
21  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
22  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
23  publicly traded. Vivendi S.A. is publicly traded in France.
24  ///
25  ///
26  ///
27  ///
28  ///

1  The following companies are parents of, or partners in Plaintiff ELEKTRA
2  ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
3  Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
4  Group Corp. is publicly traded in the U.S.

Dated: June 13, 2007                    HOLME ROBERTS & OWEN LLP

                                        By: _____
                                            MATTHEW FRANKLIN JAKSA
                                            Attorney for Plaintiffs