ORIGINAL

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559<br><br>E-filing | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | C 07 3089 |
|---|---|---|
| DOCKET NO. | DATE FILED<br>JUN 1 3 2007 | |

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC. | DEFENDANT<br>JOHN DOE    EDL |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>JUN 1 3 2007 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.233.39.7 2007-03-07 07:45:38 EST        **CASE ID#** 120907129

**P2P Network:** GnutellaUS        **Total Audio Files:** 1383

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Last Christmas | Music From The Edge Of Heaven | 71-701 |
| Capitol Records, Inc. | Norah Jones | Shoot the Moon | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Bob Marley | Easy Skanking | Kaya | 1-122 |
| Elektra Entertainment Group Inc. | Joni Mitchell | Woodstock | Shadows And Light | 23-385 |
| Capitol Records, Inc. | Coldplay | Don't Panic | Parachutes | 328-762 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Prison Song | Toxicity | 301-897 |
| UMG Recordings, Inc. | Patsy Cline | Crazy | Heartaches | 80-467 |