Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 07-03089 EDL<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

Notice of Dismissal Without Prejudice
Case No. C 07-03089 EDL
#32115 v1

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*,
2 | by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3 | claims against Defendant John Doe, each party to bear its/his own fees and costs.  The Clerk of
4 | Court is respectfully requested to close this case.

5 | Dated: August 31, 2007                HOLME ROBERTS & OWEN LLP

7 | By: _____*/s/ Matthew Franklin Jaksa*____
    MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs
    WARNER BROS. RECORDS INC.;
    CAPITOL RECORDS, INC.; SONY
    BMG MUSIC ENTERTAINMENT; UMG
    RECORDINGS, INC.; and ELEKTRA
    ENTERTAINMENT GROUP INC.